LAKE, INC., PETITIONER, v. MAYOR AND COUNCIL OF THE BOROUGH OF OAKLYN, *ET AL.*, RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Arthur E. Ballen* for the petitioner.

*Mr. Samuel Helfand* and *Mr. James G. Aiken* for the respondents.